**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KASHIF FAHEEM DANIEL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2492** |
| | : | |
| **AUGUSTINE H. LEE,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 23rd day of June, 2026, upon consideration of Plaintiff Kashif Faheem

Daniel's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 2) and Complaint (ECF No. 1),

it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      For the reasons stated in the Court's Memorandum, the Complaint is

**DISMISSED** for lack of subject matter jurisdiction without prejudice to Plaintiff asserting his

claims in an appropriate state court.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ John R. Padova

**JOHN R. PADOVA, J.**
